JS-6

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JENNIFER L. TARN, CBSN 240609
Special Assistant United States Attorney
Social Security Administration
1600 Spear Street, 8th Floor
San Francisco, California 94105
Telephone: (415) 977-8825
Facsimile: (415) 744-0134
E-mail: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JORGE RODRIGUEZ-ZAMORA,<br><br>   Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner,<br>Social Security Administration,<br><br>   Defendant. | Case No.: EDCV 13-279 SP<br><br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: January 17, 2014        /s/
                               HON. SHERI PYM
                               UNITED STATES MAGISTRATE JUDGE